JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| ELENA MOIS<br><br>                              Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company.<br><br>                              Defendant. | Case No.:  2:15−cv−00143−APG−NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT'S REPLY**<br><br>**[FIRST REQUEST]** |

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, ELENA MOIS, (hereinafter referred to as "Plaintiff"), shall have an extension from  Monday, November 23, 2015 to and including Tuesday, December 8, 2015, in which to file her Response to Defendant's Motion for Summary Judgment.  Defendant shall have until Tuesday, January 5, 2015 to file any Reply.  This stipulation is submitted and based upon the following:

1. That Plaintiff's counsel has requested this extension of time and has informed Defendant's counsel that such an extension is necessary because counsel for Plaintiff has been experiencing extremely heavy workloads during the time period since the motion was filed having to conduct or defend nine (9) depositions along with numerous administrative hearings, client consultations, mediations, and preparing for and attending Early Neutral Evaluation Conferences.  Plaintiff will be conducting or

1

      defending several other depositions in the next few weeks as well including two in Salt Lake City, Utah.

2.   Additionally, Plaintiff's counsel was away for pre-planned family trips to California from October 31 to November 3 and from November 12 to November 15. And will be attending to family obligations over the Thanksgiving holiday period. Thus Plaintiff's counsel has been unable to devote the necessary time to this matter and the requested extension would be appreciated.

3.   Defendant shall receive an extension through and including January 5, 2016 to file any Reply to the Opposition. Defendant's Counsel will be travelling out of state to visit family during the upcoming holiday season and with Plaintiff's extension, the Defendant should also receive additional time.

4.   That this request for an extension of time for Plaintiff to file her Response to Defendant's above referenced Motion for Summary Judgment, and extension of time for Defendant to file any Reply, is made in good faith and not for purpose of delay.

DATED this 20th day of November, 2015.

| | |
|---|---|
| /s/ James P. Kemp | /s/ Jen J. Sarafina |
| James P. Kemp, Esq. | Scott M. Abbott, Esq. |
| Nevada Bar No. 6375 | Jen J. Sarafina, Esq. |
| Victoria L. Neal, Esq. | Nicole A. Young, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | KAMER ZUCKER ABBOTT |
| 7435 West Azure Drive, Suite 110 | 3000 W. Charleston Blvd, #3 |
| Las Vegas, NV 89130 | Las Vegas, NV 89102 |
| Attorney for Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated: November 20, 2015

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2