# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELENA MOIS,<br><br>   Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS LLC,<br><br>   Defendant. | Case No. 2:15-cv-00143-APG-NJK<br><br>**ORDER FOR PARTIES TO FILE PROPOSED JOINT PRETRIAL ORDER** |

The parties held a settlement conference on March 20, 2018, but no settlement was reached. ECF No. 46.

IT IS THEREFORE ORDERED that the parties shall meet and confer and submit a proposed joint pretrial order on or before April 27, 2018.

DATED this 2nd day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE