# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELENA MOIS,<br><br>        Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS LLC,<br><br>        Defendant. | Case No. 2:15-cv-00143-APG-NJK<br><br>**ORDER VACATING TRIAL AND SETTING STATUS DEADLINE**<br><br>(ECF No. 53) |

Pursuant to the parties' stipulation (ECF No. 53),

IT IS ORDERED that the January 28, 2019 trial setting and the January 22, 2019 calendar call are vacated. The parties shall file a joint status report within 30 days of the bankruptcy trustee approving plaintiff's counsel or April 5, 2019, whichever comes first.

DATED this 26th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE